PD-1233-12     NO. 12-11-00041-CR

IN THE COURT OF APPEALS
TWELFTH COURT OF APPEALS DISTRICT
TYLER, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

MICHAEL ALLYN KENNEDY
APPELLANT

VS.

THE STATE OF TEXAS
APPELLEE

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

§ APPEAL FROM THE 3RD
§
§ JUDICIAL DISTRICT COURT
§
§
§ ANDERSON COUNTY, TEXAS
§ TRIAL COURT CASE No. 29326

MOTION TO REMAND AND REVERSE THE
12TH COURT OF APPEALS COURT OPINION UNTIL
THE MOTION FOR RECUSAL THE JUSTICES BEEN
CONSIDERED BY THE TEXAS COURT OF CRIMINAL
APPEALS PURSUANT TO TEX. RULE APP. PROC 16.3
BECAUSE THE APPELLATE JUDGES RULING IS VOIDED

I.

Applicant/Appellant filed a timely motion to Recusal the twelfth court of appeals Justices James Worthen, S. Griffith and Brian Hoyle in trial court case Number 29326.

The Appellant filed timely motions before the Appeal was decided and the 12th court of Appeals denied the motions to Recusal themself from the trial court case." No certified copy to the entire court Tex. R. App. Proc. § 16.2, 16.3, Tex. Const. Art. V. § 11, manges v. Guerra, 673 'SW2d 180, 185 (Tex. 1984).

Trial court Judges had A pending lawsuit filed by Appellant and also the Justice have Allowed the Appellant to threaten trial Counsel william House, Also the motions to Recusal the Justice that the Justices knew that Appellant sexual Assaulted and touched some of the Jurors in trial court case." Also

## III.
Pursuant to Tex. Gov't code. sec. § 74.053(b); The Tex. R. Civ. Proc. § 18.a, 18(b), the Appellant filed timely motions to Recusal trial court Judges and the Justices court of Appeals that was denied, The 12th court of Appeals decision and Ruling under this Appeal is voided and mandamus

2

to Texas Court of Criminal Appeals and the other court is Mandatory. The Appellant have no other Adequately Remedies to correct this Ruling that was voided." Appellant claims that the 12th Court of Appeals Justices will not consider any of the grounds or Errors Raised box Appellant and also suppressed Psychiatrist Report of Paul Andrew from Appellant by states discovery

## VERTIFICATION AND DECLARATION

I, Michael Allyn Kennedy, TDC#1516203, Appellant, declare and states under penalty of perjury that all facts are true and correct and made to this petition Pursuant to Tex. Civ. Prac. & Rem. Code. Sec §132.002 and title 28 U.S.C§ 1746 executive on November 20, 2018.

Michael A. Kennedy

3

NO. _____

IN RE: MICHAEL ALLYN KENNEDY § IN THE 12TH COURT
§
§ OF APPEALS DISTRICT
§
§ TYLER, TEXAS
§
§

## MOTION FOR EXTRORDINARY WRIT

TO THE HONORABLE JUDGES OF THE SAID COURT OF APPEALS:
COMES NOW, Michael Kennedy, Appellant, in the
aboved entitled numbered of Causes and files this
his Motion For extRodinary WRit, pursuant
to Tex. R. APP. PROC. § 20, 21, 22, 23 to 30,
and in support would shows this court as follows.

### I. PARTIES INVOLVED OF APPELLANT

1). MICHAEL A. KENNEDY, Appellant, Resident at
3872 FM 350 South Livingston, TX 77351

### II. PARTIES INVOLVED OF APPELLEE

2). JAMES WORTHEN Chief Justice 12th court of
APPEALS 1517 W. Front St. TYLER, Texas 75702

1

3). SAM GRIFFITHEN, Just. ce; 12th Court of Appeals, 1517 W. FRont St. TYLER, Texas 77351

4). BRAIN HOYLE, Just. IC, 12th Court of Appeals 1517 W. FRont St. TYLER, Texas 75702

# I. ISSUES PRESENTED

The Appellant's filed timely Motions to Recusal the 12th Court of Appeals Judges And the Appellant Judges never denied the Motion in Appeal Case No. 12-11-00041-CR, are Certified the entire case to the trial court violates Texas R. APP. PROC. § 16.1; 16.2 and 16.3 the Judges Court opinion is Joided And Required Remanded.

# III. ISSUES PRESENTED

12th Court of Appeals Judges should Recusal themselves on timely motions to recusal and denying Appeal counsel for indigent Appellant

# STATEMENT OF THE CASE

The Appellant filed timely Motions FoR Recausal the Judges in the 12th court of Appeals in No. 12-11-00041-CR- Michael Allan Kennedy v. The state of Texas Trial court case No. 29326, In Facts, the Appellant alleges

2

the 12th Court of Appeals Judges failed to Rule upon the petition to Recusal the themselve from the Appellant's Appeal. The Appellant claims the Clerk deputy stated that she could rule upon the motions, the case was not certified to the entire courts or trial court by TEX.R. APP. PROC. § 16.2.3; The Appeal was Affirmed.

## V. STATEMENT OF FACTS

The Appellant went to Retrial on January 24, 2011, without any notice to trial counsel or by hearing, or written notice, the Appellant filed timely notice of Appeals, Also timely motion for an Appeal counsel that was denied by trial court and the 12th court of Appeals. No Ruling by the 12th court of Appeals Judges in written or certified to the entire courts and trial court by Texas Rules of Appellate PROC. § 16.1, 16.2, 16.3, TEX. Consts. ARTS. V § 11,

3

# VI. ARGMENTS GRANTING WRIT
## ISSUES PRESENTED

The Appellant's Filed timely motions to Recusal the 12th Court of Appeals Judges and the Appellant Judges never denied the Motion in Appeal Case No. 12-11-00041-CR, ore Certified the entire case to the trial court violates Texas R. APP. PROC. § 16.1; 16.2, and 16.3 the Judges Court opinion is voided and Required Remanded.

The Justices for 12th Court of Appeals Judges James Worthen; Sam Griffithen, And Brain Hoyle violated the Motion to Recusal themselve on timely motions filed under Tex. R. APP. PROC. § 16.1, 2.3; The Judges failed to Rules upon Motions to Recusal themselves and to deny the motion or Certify a copy to the entire trial courts or courts, Therefore, the 12th Court of Appeals Judges Court opinion and Ruling is voided and unconstitutionally in violations of Texas Constitution ARTS. 5. Section 11;

# VII. ARGUMENTS GRANTING WRIT
## ISSUES PRESENTED

12th court of Appeals Judges should Recusal themselves on timely motions to Recusal and denying Appeal counsel for indigent Appellant.

The Appellant filed timely Motions to Recusal the 12th court of Appeals Judges under Tex. R. App. Proc. § 16.1; 2.3; Also the Appellant claims that the 12th court of Appeals Justice James Worthen and Som Griffitten is Related to the victim Forrest Bradberry and have Also Acted to deny Appellant timely motions for indigent Appointment of Appeal counsel and Also the 12th court of Appeals have allowed the Appellant to be denied and suppressed mental Report Records by the trial Judge Mark Calhoun and the state's prosecution Attorney to suppressed psychiatrist doctor Paul

8 5

ANDREW REPORT that founded the Appellant Mentally incompetence before the original trial, Since the 12th court of Appeals denied the timely discovery under Tex. R. Ode. Crim. Proc. Art. 39.14. a. b, e; Thus, Appellant Claims trial court of Appeals Judges Also deny timely Motions for Appeal Counsel and indigent Appeal Counsel and the trial court Judge denied timely Appeal Counsel to indigent Appellant michael Allen Kennedy in No. 29326 on Appeal in No. 12-11-00041-CR.

## CONCLUSION AND RELIEF

wherefore, Michael Allen Kennedy Requests this Honorable court Judge to issues a extrodinary Writ to Remand the PRior case No. 12-11-00041-CR in Kennedy v. State, to be Remanded and Reversed

# CONCLUSION AND RELIEF

Wherefore, Michael A. Kennedy. #1516203 Applicant hereby states that the 12th Court of Appeals should Remand and Reversal the case for a Ruling by the Highest court on the motions to Recusal the Appeals Court Justices on timely motions and objections to Recusal the Justices in trial court case NO. 29326 and Also NO. 12-11-00041-CR. Michael Allyn Kennedy V. THE STATE OF TEXAS, OR the Relief should be issued to the Highest Texas court of criminal Appeals by MANDAMUS.

Respectfully submitted

Michael Allyn Kennedy
#1516203
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

4

## CERTIFICATE OF SERVICE

F, Michael Allyn Kennedy, TDC#1856203 Appellant, hereby certify a true and correct copy to all parties postage prepaid by Appellant to all parties -Crim. Dist. Atty. 500 N. Church St. Palstine, TX 75801 on November 20, 2019,

Michael A. Kennedy

S